IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., PALDO SIGN AND DISPLAY COMPANY, and ADDISON AUTOMATICS, INC., Illinois corporations, Individually and as the representatives of a Class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>KING SUPPLY COMPANY, LLC d/b/a ARCHITECTURAL METALS,<br><br>Defendant. | Case No. 09-CV-2057<br>Magistrate Judge Schenkier |

## VALLEY FORGE INSURANCE COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND CONTINENTAL CASUALTY COMPANY'S MOTION TO INTERVENE AND STAY

COME NOW proposed Intervenors, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and Continental Casualty Company, upon the accompanying Memorandum of Law, and the prior pleadings and proceedings, by and through counsel, and respectfully move this Court for an order granting them leave to intervene under Rule 24 of the Federal Rules of Civil Procedure and to stay this action pending resolution of a related litigation.

Respectfully submitted,

COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

s/David E. Trainor
David E. Trainor, Esq. (#3124208)
Barrett Breitung, Esq. (#6242572)
Katherine Streicher Arnold, Esq. (#6196855)
333 South Wabash Avenue, 25th Floor

2

Chicago, IL 60604
(312) 822-6603 (T)
(312) 817-2486 (F)
Email: David.Trainor@cna.com
Email: Barrett.Breitung@cna.com
Email: Katherine.Arnold@cna.com

**OF COUNSEL:**

Christopher R. Carroll, Esq.
Heather E. Simpson, Esq.
**CARROLL, MCNULTY & KULL L.L.C.**
120 Mountain View Boulevard
Basking Ridge, NJ 07920
(908) 848-6300
(908) 848-3610 Facsimile
**COUNSEL FOR PROPOSED INTERVENORS
VALLEY FORGE INSURANCE COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, AND
CONTINENTAL CASUALTY COMPANY**

Dated: January 3, 2012