# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2057 | **DATE** | 7/20/2012 |
| **CASE TITLE** | CE Design Ltd. Vs. King Architectual Metals, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER FINAL APPROVAL AND JUDGMENT OF CLASSWIDE SETTLEMENT (attached). On January 13, 2012, this Court held a final approval hearing on the classwide settlement in this case. At that time, we found that this settlement qualified for final approval, but held in abeyance the entry of the final approval order pending this Court's ruling on a motion filed by defendant's insurers to intervene in the case and to stay proceedings (doc. # 154). By a separate Memorandum Opinion and Order entered today, we have denied the motion to intervene. We now enter the order giving final approval and judgment of the classwide settlement. Final judgment is entered, terminating the case, with the Court retaining jurisdiction for the purposes set forth in Paragraph L of the Final Approval and Judgment of Classwide Settlement. Terminate Civil Case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|